UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

        Plaintiff,

                                   CASE No. 1:23-CV-1053

v.

                                   HON. ROBERT J. JONKER

MICHAEL TAYLOR, et al.,

        Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 17, 2024.   (ECF No. 27).   The Report and Recommendation was duly served on the parties.   No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

        **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 2y) is **APPROVED** and **ADOPTED** as the opinion of the Court.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 22) is **DENIED.**


Dated:   __November 8, 2024__         __/s/ Robert J. Jonker__
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE